James E. Mercante (JM 4231)
Yoon S. Han (YH 7602)
RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue
New York, NY 10017
(212) 953-2381
*Attorneys for Petitioner*
*Estate of Robert Chacon*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE COMPLAINT

of

Estate of ROBERT CHACON, deceased, as owner
of a 2005 24-foot Baha motor vessel, for
Exoneration from or Limitation of Liability,

Petitioner.



AMON, J.

J. ORENSTEIN, M.J.

Civil Action No.: CV

**COMPLAINT FOR EXONERATION
FROM OR LIMITATION OF
LIABILITY**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 11 2008   ★

BROOKLYN OFFICE

The Estate of ROBERT CHACON, (hereinafter "Petitioner"), by its attorneys, RUBIN,

FIORELLA & FRIEDMAN LLP, for its Complaint seeking Exoneration from or Limitation of

Liability, alleges, upon information and belief, as follows:

    1.     This is a proceeding for Exoneration from or Limitation of Liability pursuant to 46

U.S.C. § 30501 *et seq.*, involving admiralty and maritime claims within the meaning of Rule 9(h)

of the Federal Rules of Civil Procedure, and Rule "F" of the Supplemental Rules for Certain

Admiralty and Maritime Claims, as hereinafter more fully appears.

    2.     ROBERT CHACON was the owner of 2005 24-foot Baha motor vessel (hereinafter

the "Vessel") on October 20, 2007.

    3.     On October 20, 2007, when the Vessel was underway upon navigable waters of New

York Harbor, Lower Bay, a casualty occurred involving the Vessel and the tugboat Melvin

Lemmerhirt's towing line.

4.    On or about October 20, 2007, ROBERT CHACON died.

5.    The Vessel became property of the Estate of ROBERT CHACON.

6.    On April 2, 2008, Yvette Fiorentino was qualified as the adminitrix of the Estate of ROBERT CHACON by the Surrogate Court of Bergen County, New Jersey.

7.    Yvette Fiorentino is a resident of Saddle Brook, New Jersey.

8.    ROBERT CHACON was not operating the Vessel when the casualty occurred.

9.    The casualty was not caused by the fault or negligence of ROBERT CHACON.

10.    As a consequence of the incident, Petitioner anticipates that there will be claims asserted against it in an amount that exceeds the amount of Petitioner's interest in the Vessel.

11.    Any claim or claims, injury, loss, and/or damage arising from the casualty were not due to any fault or neglect on the part of the owner of the Vessel, ROBERT CHACON, and occurred without ROBERT CHACON's privity or knowledge.

12.    The post-casualty value of the Vessel was determined to be $500.00 (**EXHIBIT A**, Certificate of Market Valuation by Alcus Marine Technical Services, Inc.).

13.    Petitioner, pursuant to Supplementary Rule "F" of the Federal Rules of Civil Procedure, offers an *Ad Interim* Security in the amount of $500.00, said amount being not less than the value of Petitioner's interest in the Vessel on the date of the accident and there being no pending freight. (**EXHIBIT B**, *Ad Interim* Security).

14.    Venue in this district is proper as the Vessel is located in the district.

15.    Petitioner is entitled to Exoneration from Liability for any claims arising from the casualty and from any and all claims that have been or may hereafter be made, and Petitioner alleges that it has valid defenses thereto on the facts and law.

16.    Petitioner claims, in the alternative, the benefit of Limitation of Liability provided by 46 U.S.C. § 30501 *et. seq.* and the various statutes supplementary thereto and amendatory thereof.

17.    Petitioner has provided security herewith in the form of an *Ad Interim* Security sufficient to cover its interest in the Vessel with surety ("*Ad Interim* Security") for the payment into Court, whenever the same shall be ordered, as provided for by the aforesaid statute and by Rule "F" of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and by the rules and practices of this Court.

**WHEREFORE**, Petitioner prays:

(1)    That this Court adjudge that Petitioner is not liable for any loss, injury, or damage arising out of the casualty, and therefore entitled to exoneration from liability,

(2)    If the Petitioner is adjudged liable, that such liability be limited to the value of its interest in the Vessel in the maximum amount of $500 and that the Petitioner be discharged therefrom upon the surrender of such interest, and that the money surrendered, paid or secured as aforesaid, to be divided pro-rata according to the above-mentioned statutes among such Claimants as may duly prove their Claim, saving to all parties any priorities to which they may be legally entitled, and that a decree may be entered discharging Petitioner from all further liability.

(3)    That this Court issue an Order to include the following:

(a)    Directing the issuance of Notice to all persons asserting Claims with respect to the accident, which this Complaint seeks Exoneration from or Limitation of Liability, to file their respective Claims with the Clerk of this Court and to serve on Petitioner's undersigned counsel a copy thereof on or before a date to be named in the Notice.

    (b)        Directing Petitioner to file an *Ad Interim* Security, as security for the benefit of any and all Claimants, in the amount of Petitioner's interest in the Vessel as of the date of the accident, with interest at the rate of 6% per annum from the date of said security or whenever the Court shall so order.

    (c)        Directing that upon Petitioner's filing of an *Ad Interim* Security, an injunction shall issue enjoining the prosecution against Petitioner, its representatives and the Vessel, of any and all claims, suits, actions or proceedings, whether or not already begun, with respect to the incident, except in this proceeding.

(4)       That Petitioner may have such other and further relief as the justice of the cause may require.

Dated: April 11, 2008
      New York, New York

                    RUBIN, FIORELLA & FRIEDMAN LLP

By: _____
                James E. Mercante
                Yoon S. Han.
                292 Madison Avenue, 11th Floor
                New York, New York  10017
                Ph: 212 953-2381
                Fax: 212 953-2462
                E-Mail: jmercante@rubinfiorella.com
                Our File No. 625-9714

# *Alcus Marine Technical Services, Inc.*

P.O. Box 700 • Moriches, New York 11955-0700
(631) 874-1000 • Fax (631) 874-3000
Internet: ALCUSMT@AOL.COM

November 30, 2007
FILE NUMBER: not provided

Mr. Jim Mercante
Rubin, Fiorella

RE: Robert Chacon
Marine Appraisal of 2005 Baha Cruisers 240 WAC (no name listed on hull)

## CERTIFICATE OF MARKET VALUATION

This is to certify that the undersigned Marine Surveyor, having been requested by Mr. Jim Mercante, Rubin, Fiorella, to value the single screw 2005 Baha Cruisers of fiberglass construction, built 2005 at Baha Cruiser Boats Inc., May, FL 32066, Hull Identification Number: VBH01538J405, dimensions 24' L x 8' 6"B x 3' x 2'D, powered by single Mercruiser 5.0 liter MPI 220 horsepower inboard/ outboard gasoline powered engine serial # not legible, running hours not observed (no meter), fully equipped and hull in severely damaged condition due to impact damage caused by collision, the vessel also capsized and sunk in salt water and in our opinion is damaged beyond economically feasible repair hereby certify that having availed myself of the best possible information regarding this vessel, I estimate the current market value of the vessel in the sum of Five Hundred Dollars, US.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* $500.00 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

The above report is a statement of opinion made, signed and submitted without prejudice to the rights and or/ interests of whom it may concern.

Respectfully submitted,
Alcus Marine Technical Services Inc.

By:    Ronald C. Alcus Jr., AMS , President

Accredited Marine Surveyor • Consultant • Salvage Consultant • Underwater Surveys
Licensed Master, Certified Diver, Member SAMS, NFPA, ABYC, AMI, IAMI, BOAT US

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE COMPLAINT

       of

Estate of ROBERT CHACON, deceased, as owner
of a 2005 24-foot Baha motor vessel, for
Exoneration from or Limitation of Liability,

       Petitioner.

Civil Action No.:    CV

*AD INTERIM* SECURITY

WHEREAS, Petitioner, the Estate of ROBERT CHACON, deceased, as owner of a
2005 24-foot Baha motor vessel (hereinafter the "Vessel"), is instituting a proceeding in this
Court for Exoneration from or Limitation of Liability in respect to any claim or claims, loss,
injury, and/or damage asserted or to be asserted in connection with a casualty involving the
Vessel and the tugboat Melvin Lemmerhirt's towing line on or about October 20, 2007, while the
Vessel was underway upon navigable waters of the United States, in Lower New York Harbor,
near Coney Island, New York, and;

WHEREAS, Petitioner wishes to provide this *Ad Interim* Security in the amount of the
post-casualty value of the Vessel as security for any and all claims arising from the incident;

WHEREAS, the value of Petitioner's interest in the post-casualty value of the Vessel
described above has been fixed at $500.00 as appears in **Exhibit A** to the Complaint herein;

1

**NOW, THEREFORE,** in consideration of the premises, Markel American Insurance Company (hereinafter "Markel American"), issuer of a Compass Boat Policy pertaining to the Vessel, having an office and place of business in Pewaukee, Wisconsin, hereby provides security in the sum of $500.00 with interest thereon at the rate of 6% per annum from the date hereof. If this security is contested, then within thirty (30) days after entry of an Order confirming the report of an independent marine surveyor appointed by the court to appraise the post-casualty value of the Vessel, Markel American will file in this proceeding a *revised Ad Interim* Security conforming to such appraised value up to the hull insurance limits of liability in its Compass Boat Policy and in the interim, this *Ad Interim* Security shall stand as security for all Claims filed in said limitation proceeding;

**FURTHERMORE,** solely for the limited purposes of any suit based upon this *Ad Interim* Security, Markel American, hereby submits itself to the jurisdiction of this Court and designates, James E. Mercante, Esq., Rubin, Fiorella & Friedman, LLP, 292 Madison Avenue, New York, New York 10017, its agents for service of process, and Markel American agrees, together with the Petitioner, to pay the amount awarded by the final decree rendered by this Court, or an Appellate Court if an appeal intervenes, up to the principal amount of this Security, with interest as aforesaid, unless the post-casualty value of the Vessel shall have been paid into Court or a bond or *revised Ad Interim* Security thereof shall have been given as aforesaid, in which event this Security shall be void;

**FURTHERMORE,** it is understood and agreed that the execution of this *Ad Interim*

2

Security by the undersigned on behalf of the Vessel's insurer shall not be construed as binding on the undersigned but is to be binding only upon the insurer, Markel American.

Dated:  April 10, 2008

MARKEL AMERICAN INSURANCE COMPANY

*Carol M. Siefkes*

Carol M. Siefkes
Senior Casualty Claims Examiner
MARKEL AMERICAN INSURANCE COMPANY

STATE OF WISCONSIN          )
                            ) ss.:
COUNTY OF                   )

    On this 10th day of April, 2008, before me personally came Carol M. Siefkes, being by me duly sworn, did depose and say that she is a Senior Casualty Claims Examiner for Markel American Insurance Company, the corporation described and which executed the foregoing *Ad Interim* Security, and that she executed same pursuant to her powers and duties.

Sworn to before me this
10th day of April 2008.

*Tara Secrest*
Notary Public

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



IN THE MATTER OF THE COMPLAINT

Civil Action No.

of

**J. ORENSTEIN, M.J.**

**NOTICE OF COMPLAINT FOR
EXONERATION FROM OR
LIMITATION OF LIABILITY**

Estate of ROBERT CHACON, deceased, as owner
of a 2005 24-foot Baha motor vessel, for
Exoneration from or Limitation of Liability,

Petitioner.



★ APR 1 1 2008 ★

BROOKLYN OFFICE

**PLEASE TAKE NOTICE** that Estate of ROBERT CHACON, (hereinafter "Petitioner")

as owner of a 2005 24-foot Baha motor vessel (hereinafter the "Vessel"), has filed a Complaint

claiming the right to Exoneration from or Limitation of Liability pursuant to the vessel owner's

Limitation of Liability Act, Title 46 U.S.C. §§ 30501 *et seq.*, concerning any claim or claims, loss,

damage, injury, and/or expense asserted, or to be asserted, in connection with a casualty involving

the Vessel and the tugboat Melvin Lemmerhirt's towing line on or about October 20, 2007, while

the Vessel was upon navigable waters New York Harbor, Lower Bay, as described in the Complaint,

and

**PLEASE TAKE FURTHER NOTICE** that all persons, firms, entities or corporations,

having any claim or suit against Petitioners arising or resulting from the alleged incident must file

a Claim, as provided in Rule "F" of the Supplemental Rules for Certain Admiralty and Maritime

Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court, at the United States

Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York,

11201, and must deliver or mail to the attorneys for the Petitioner, James E. Mercante, Esq., RUBIN,

FIORELLA & FRIEDMAN, LLP, 292 Madison Avenue, New York, New York, 10017, a copy on

or before _____, **2008**, or be defaulted.  Personal attendance is not required.

Further, any Claimant desiring to contest either the right to Exoneration from or Limitation of Liability of the Petitioners shall file an Answer to the Complaint on or before the aforesaid date as required by Supplemental Rule "F" of the Federal Rules of Civil Procedure, and deliver or mail a copy to the attorneys for the Petitioners, or be defaulted.

Dated:   Brooklyn, New York
        April____, 2008

                                                  _____
                                                        Clerk of the Court

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

In the Matter of Complaint of Estate of Robert Chacon for Exoneration from or Limitation of Liability

**DEFENDANTS**

**08    1516**

**(b)** County of Residence of First Listed Plaintiff   Bergen County, NJ
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

AMON, J.    J. ORENSTEIN, M.J.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Rubin, Fiorella & Friedman LLP  292 Madison Ave., New York, NY 10017  (tel) 212-953-2381

Attorneys (If Known)

APR 11 2008

BROOKLYN OFFICE

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN  (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
46 U.S.C. 30501 et seq.

Brief description of cause:
Exoneration from or limitation of liability of vessel owner.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   04/08/2008

SIGNATURE OF ATTORNEY OF RECORD   J. Mercante

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE  CBA   MAG. JUDGE  JO

08 cv 1516

## ARBITRATION CERTIFICATION

I,_____, counsel for _____ _____do hereby
certify pursuant to the Local Arbitration Rule 83.10 that to the best of my knowledge and belief the damages
recoverable in the above captioned civil action exceed the sum of $150,000 exclusive of interest and costs.
_____✓_____ Relief other than monetary damages is sought.

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:
 N/A

#### Please refer to NY-E Division of Business Rule 50.1(d)(2)

1.) Is the civil action being filed in the Eastern District of New York removed from a New York State court located
in Nassau or Suffolk County: No_____

2.) If you answered "no" above:

a.) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau
or Suffolk County? No_____

b.) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the
Eastern District? Yes_____

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than
one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the
claimants, if there is more than one) reside in Nassau or Suffolk County? _____

(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).

**I am currently admitted in the Eastern District of New York and currently a member in good standing of the
bar of this court.**

Yes___✓___                                          No_____

**Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?**

Yes_____(If yes, please explain)                 No___✓___
_____

_____

Please provide your E-MAIL Address and bar code below. Your bar code consists of the initials of your first and last
name and the last four digits of your social security number or any other four digit number registered by the attorney
with the Clerk of Court.
(This information must be provided pursuant to local rule 11.1(b) of the civil rules).

**ATTORNEY BAR CODE:** JM 4231_____

**E-MAIL Address:** JMercnate@rubinfiorella.com_____

I consent to the use of electronic filing procedures adopted by the Court in Administrative Order No. 97-12, "In re
Electronic Filing Procedures(EFP)", and consent to the electronic service of all papers.

**Signature:** _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



IN THE MATTER OF THE COMPLAINT

Civil Action No.

of

Estate of ROBERT CHACON, deceased, as owner
of a 2005 24-foot Baha motor vessel, for
Exoneration from or Limitation of Liability,

**NOTICE OF COMPLAINT FOR
EXONERATION FROM OR
LIMITATION OF LIABILITY**

Petitioner.



APR 11 2008

BROOKLYN OFFICE

**PLEASE TAKE NOTICE** that Estate of ROBERT CHACON, (hereinafter "Petitioner")

as owner of a 2005 24-foot Baha motor vessel (hereinafter the "Vessel"), has filed a Complaint

claiming the right to Exoneration from or Limitation of Liability pursuant to the vessel owner's

Limitation of Liability Act, Title 46 U.S.C. §§ 30501 *et seq.*, concerning any claim or claims, loss,

damage, injury, and/or expense asserted, or to be asserted, in connection with a casualty involving

the Vessel and the tugboat Melvin Lemmerhirt's towing line on or about October 20, 2007, while

the Vessel was upon navigable waters New York Harbor, Lower Bay, as described in the Complaint,

and

**PLEASE TAKE FURTHER NOTICE** that all persons, firms, entities or corporations,

having any claim or suit against Petitioners arising or resulting from the alleged incident must file

a Claim, as provided in Rule "F" of the Supplemental Rules for Certain Admiralty and Maritime

Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court, at the United States

Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York,

11201, and must deliver or mail to the attorneys for the Petitioner, James E. Mercante, Esq., RUBIN,

FIORELLA & FRIEDMAN, LLP, 292 Madison Avenue, New York, New York, 10017, a copy on

or before _____, **2008**, or be defaulted.  Personal attendance is not required.

Further, any Claimant desiring to contest either the right to Exoneration from or Limitation of Liability of the Petitioners shall file an Answer to the Complaint on or before the aforesaid date as required by Supplemental Rule "F" of the Federal Rules of Civil Procedure, and deliver or mail a copy to the attorneys for the Petitioners, or be defaulted.

Dated:  Brooklyn, New York
        April____, 2008

                                        _____
                                                Clerk of the Court

2

# RUBIN, FIORELLA & FRIEDMAN LLP

### ATTORNEYS AT LAW
### 292 MADISON AVENUE
### NEW YORK, NEW YORK 10017
### TELEPHONE: (212) 953-2381
### FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL:
E-MAIL:

(212) 447-4632
rhan@rubinfiorella.com

April 15, 2008

*The Clerk of the Court is directed to transfer this case the U.S. District Court for the Southern District of N.Y.*

*So Ordered*

**Via FAX (718) 613-2416**

Honorable Carol B. Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

s/Hon. Carol B. Amon

Re:     **In the Matter of the Complaint of Estate of Robert Chacon
        for Exoneration from or Limitation of Liability
        Civil Action No.: 08 CV 1516 (CBA)
        Our File No.: 625-9714**

4/17/08

Dear Judge Amon:

We represent petitioner in the above-referenced admiralty limitation of liability action that was just filed on **April 11, 2008.**

We respectfully request that this action be transferred to the United States District Court for the Southern District of New York.

The Complaint was filed in this District because we believed that the venue was proper pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Rule F"). Rule F states that a Complaint for a limitation of liability action is to be filed in any district where the vessel is located, if the vessel has not been attached and no suit has commenced against the owner of the vessel. Petitioner's vessel has not been attached and no suit has commenced against the Petitioner. Petitioner's vessel was and is now located at the New York City Police Harbor Unit facilities in Randall's Island, New York.

We have since learned that the Randall's Island facility is not located in Queens (as we thought), but rather located in New York County. Therefore, the proper venue for this action should have been the Southern District of New York. The Court has discretion to transfer the action to proper venue pursuant to Rule F(9).

*In the Matter of the Complaint of Estate of Robert Chacon*
*for Exoneration from or Limitation of Liability*
Civil Action No.: 08 CV 1516 (CBA)
April 15, 2008
Page 2

There is no prejudice to any party since the pleadings have not been served on any Claimant.

Respectfully submitted,

**RUBIN, FIORELLA & FRIEDMAN LLP**

By: _____
     Yoon S. Han

YSH/sjm

RUBIN, FIORELLA & FRIEDMAN LLP

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**ROBERT C. HEINEMANN**                                     **U.S. Courthouse**
    **Clerk**                                              **225 Cadman Plaza East**
**TERRY VAUGHN**                                            **Brooklyn, New York 11201**
    **Chief Deputy**


Clerk of Court
U.S. District Court - Southern District of New York
120 Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007-1312

April 25, 2008

                RE: In the Matter of the Complaint of Estate of Robert Chacon
                   EDNY's Case No: 08 cv 1516

Dear Clerk of Court:

Pursuant to the order of Honorable Carol B. Amon transferring this case to your court, the following documents are herewith enclosed:

            **X**    Certified copy of order of transfer

            **X**    Certified copy of docket sheet

            **X**    The original Court file


Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

Yours truly,

ROBERT C. HEINEMANN
Clerk of Court

By:  Fida Abdallah
       Deputy Clerk
       (718) 613-2605

Enc.

**FedEx**® *USA Airbill*  FedEx Tracking Number  8161 7816 8261

82H32

0215   Sender's Copy

**1 From** *Please print and press hard.*

Date 4/25/08   Sender's FedEx Account Number   1506-2096-1

Sender's Name  Fida Abdallah   Phone (718) 613-2605

Company  US DISTRICT COURT

Address  225 CADMAN PLZ E

City  BROOKLYN   State  NY   ZIP  11201

**2 Your Internal Billing Reference**  08 CV 1516
*First 24 characters will appear on invoice.*

**3 To**

Recipient's Name  Clerk of Court   Phone (   )

Company  USDC Southern District of NY

Address  120 Daniel Patrick Moynihan
*We cannot deliver to P.O. boxes or P.O. ZIP codes.*

500 Pearl Street

To "HOLD" at FedEx location, print FedEx address here.

City  New York   State  NY   ZIP  10007-1312

**NEW Peel and Stick FedEx USA Airbill**

See back for application instructions.

**Questions? Call 1·800·Go·FedEx**® (800-463-3339)

Visit our Web site at www.fedex.com

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

0113939738

**4a Express Package Service**   *Packages up to 150 lbs.*

☐ FedEx Priority Overnight   ☒ FedEx Standard Overnight   ☐ FedEx First Overnight

☐ FedEx 2Day*   ☐ FedEx Express Saver*

**4b Express Freight Service**   *Packages over 150 lbs.*

☐ FedEx 1Day Freight*   ☐ FedEx 2Day Freight   ☐ FedEx 3Day Freight

**5 Packaging**

☒ FedEx Letter*   ☐ FedEx Pak*   ☐ Other Pkg.

**6 Special Handling**

☐ Saturday Delivery   ☐ Sunday Delivery   ☐ HOLD Weekday   ☐ HOLD Saturday

Does this shipment contain dangerous goods?

☒ No   ☐ Yes As per attached Shipper's Declaration   ☐ Yes Shipper's Declaration not required   ☐ Dry Ice

☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value $   .00

FedEx Use Only

**8 Release Signature** *Sign to authorize delivery without obtaining signature.*

359