536-07/PB

FREEHILL, HOGAN & MAHAR
Attorneys for Claimant,
GREAT LAKES DREDGE and DOCK COMPANY
80 Pine Street
New York, New York 10005
(212) 425-1900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN THE MATTER OF THE COMPLAINT     08 CV 3942 (DLC)

of     **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Estate of ROBERT CHACON, deceased, as
owner of a 2005 24-foot Baha motor vessel
for Exoneration from or Limitation of Liability,

                             Petitioner.
------------------------------------------------------------------x

        Claimant Great Lakes Dredge & Dock Company LLC by and through its undersigned attorneys, Freehill Hogan & Mahar, LLP and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that Claimant Great Lakes Dredge & Dock Company is a subsidiary company of Great Lakes Dredge & Dock Corporation, a publicly traded corporation on the Nasdaq under symbol GLDD.

Dated: New York, New York
           July 9, 2008

                                      Yours, etc.
                                      FREEHILL, HOGAN & MAHAR
                                      Attorneys for Great Lakes
                                      Dredge & Dock Co. LLC

                                      By: _____
                                      Patrick J. Bonner
                                      80 Pine Street
                                      New York, New York 10005
                                      (212) 425-1900

NYDOCS1/308313.1