UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- -X
                                                     :

IN THE MATTER OF THE COMPLAINT          :    08 CIV. 3942 (DLC) (JCF)*

                    of                                           :    ORDER OF
                                                   :    REFERENCE TO A
Estate of ROBERT CHACON, deceased, as owner of a   :    <u>MAGISTRATE JUDGE</u>
2005 24-foot Baha motor vessel, for Exoneration from or  :
Limitation of Liability,

                    Petitioner.

------------------------------------------------------------------- -X

DENISE COTE, District Judge:

       The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | | | Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |

\*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
            August 4, 2008

                                                              _____
                                                              DENISE COTE
                                                              United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/6/08]