UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                     :

IN THE MATTER OF THE COMPLAINT    :    08 CIV. 3942 (DLC)
                                     :
         Of                   :         PRETRIAL
                                     :      SCHEDULING ORDER
Estate of ROBERT CHACON, deceased, as   :
owner of a 2005 24-foot Baha motor     :
vessel, for Exoneration from or       :
limitation of liability,            :
                                     :
              Petitioner.      :
                                     :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|6|08

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to
Rule 16, Fed.R.Civ.P., on August 1, 2008, the following schedule
shall govern the further conduct of pretrial proceedings in this
case:

1.    By **August 8, 2008**, petitioner shall circulate to all parties
     a stipulation regarding the location of the accident.

2.    The parties shall comply with their Rule 26(a)(1),
     Fed.R.Civ.P., initial disclosure obligations by **September
     12, 2008**.

3.    No additional parties may be joined or pleadings amended
     after **September 12, 2008**.

4.    The following motion will be served by the dates indicated
     below.

     Claimant Isello's motion regarding preemption

     -    Motion served by **September 12, 2008**
     -    Opposition served by **September 26, 2008**
     -    Reply served by **October 3, 2008**

     At the time any Reply is served the moving party shall
     supply two courtesy copies of all motion papers to Chambers
     by delivering them to the Courthouse Mailroom, 8th Floor,
     United States Courthouse, 500 Pearl Street, New York, New
     York.

5.    The parties are instructed to contact the chambers of
      Magistrate Judge Francis prior to **January 9, 2009** in order
      to pursue settlement discussions under his supervision.

6.    The following motion will be served by the dates indicated
      below.

      Motion by claimant Isello for a jury trial in state court

      -    Motion served by **January 16, 2009**
      -    Opposition served by **January 30, 2009**
      -    Reply served by **February 6, 2009**

7.    All fact discovery must be completed by **February 27, 2009.**

8.    Identification of experts and disclosure of expert testimony
      conforming to the requirements of Rule 26(a)(2)(B),
      Fed.R.Civ.P., by the party bearing the burden of proof on
      the issue must be occur by **March 13, 2009.**
      Identification of rebuttal experts and disclosure of expert
      testimony must occur by **April 3, 2009.**

9.    All expert discovery must be completed by **May 1, 2009.**

10.   The Joint Pretrial Order must be filed by **May 22, 2009.**

      As described in this Court's Individual Practices in Civil
      Cases, the following documents must be filed with the
      Pretrial Order:   Proposed Findings of Fact and Conclusions
      of Law and a Memorandum of Law addressing all questions of
      law expected to arise at trial.   Any responsive papers are
      due one week thereafter.

      All direct testimony except for testimony of an adverse
      party, a person whose attendance must be compelled by
      subpoena, or a witness for whom a party has requested and
      the Court has agreed to hear the direct testimony at trial,
      shall be submitted by affidavits served, **but not filed**, with
      the Joint Pretrial Order.

      Those portions of depositions that are being offered as
      substantive evidence, along with a one page synopsis (with
      transcript citations) of such testimony for each deposition,
      shall be exchanged at the time the Pretrial Order is filed.

      Three days after submission of the affidavits, counsel
      for each party shall submit a list of all affiants that
      he or she intends to cross-examine at the trial.
      Affiants for whom such notice is not given are not
      required to be present at trial.

Counsel will provide the Court with a one (1) courtesy copy of all these documents at the time they are served, as well as two sets of pre-marked exhibits assembled sequentially i) in a looseleaf binder, or ii) in separate manila folders labelled with the exhibit numbers and placed in a suitable container or box for ready reference.

SO ORDERED:

Dated:    New York, New York
          August 6, 2008

                                    _____
                                              DENISE COTE
                                    United States District Judge