# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

IN THE MATTER OF THE PETITION,

Of

ESTATE OF ROBERT CHACON,
deceased,
as owner of a 2005 24ft. Baha motor
vessel for exoneration from or limitation
of liability

**APPEARANCE**

Case Number: 08-cv-3942
(DLC)
(JF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Petitioner, Estate of Robert Chacon

I certify that I am admitted to practice in this court.

___08/20/2008___
Date

_____[signature]_____
Signature
Patrick J. Corbett          PC2076
Print Name                  Bar Number
292 Madison Avenue, 11th Floor
Address
New York          NY       10017
City              State    Zip
(212) 447-4627    (212) 953-2462
Phone Number      Fax Number
Email: pcorbett@rubinfiorella.com